UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAN F. BECKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CV-07-171-B-W |
| | ) |
| ATTORNEY GENERAL, MAINE, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 7, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that that the 28 U.S.C. § 2254 Petition (Docket # 1) be and hereby is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 proceedings.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2007